

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00150-CV

IN RE: THE COMMITMENT OF
MAURICE BLUITT

§ On Appeal from the 372nd District Court

§ of Tarrant County (D372-S-13193-16)

§ September 27, 2018

§ Opinion by Chief Justice Sudderth

**JUDGMENT ON EN BANC RECONSIDERATION**

After considering the State of Texas's motion for en banc reconsideration, we dismiss the motion as moot. We withdraw our July 12, 2018 opinion and judgment and substitute the following.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. The case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that the State of Texas shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth
       Chief Justice Bonnie Sudderth